# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**WANDA DIAZ-PEREZ,**

     **Plaintiff,**

**vs.**                     **5:02-CV-065-SPM/AK**

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____/

## ORDER DISMISSING CASE

     **THIS CAUSE** comes before the Court upon the "Notice to the Court" (doc. 93) filed April 20, 2005, in which the Government advises that the case has settled and the parties are in the process of finalizing a settlement agreement. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

     **ORDERED AND ADJUDGED** that this case is *dismissed with prejudice* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

     **DONE AND ORDERED** this <u>twenty-fifth</u> day of April, 2005.

          *s/ Stephan P. Mickle*

          Stephan P. Mickle
          United States District Judge

/pao